WILLIAM H. FLATTEN, Respondent, v. JESSIE NICOLETTI, Appellant.— In an action for personal injuries sustained by plaintiff, when struck by defendant's automobile at the intersection of city streets, judgment in plaintiff's favor unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

HICKSVILLE DEVELOPMENT AND CONSTRUCTION COMPANY, Respondent, v. WILLIAM R. PALMER, Appellant.— Order of the County Court of Nassau county granting plaintiff's motion to strike out the answer of the defendant and directing judgment in favor of the plaintiff under rule 113 of the Rules of Civil Practice, and the judgment entered thereon, in an action to recover rent, reversed on the law, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs, upon the ground that there was an issue presented for trial. Lazansky, P. J., Young and Hagarty, JJ., concur; Carswell and Scudder, JJ., dissent and vote to affirm.